ACCEPTED
13-14-00556-CR
THIRTEENTH COURT OF APPEAL
CORPUS CHRISTI, TEXAS
3/25/2015 9:45:56 AM
DORIAN RAMIREZ
CLERK

# #13-14-00556-CR

FILED IN
13th COURT OF APPEALS
CORPUS CHRISTI/EDINBURG, TEXAS
3/25/2015 9:45:56 AM
DORIAN E. RAMIREZ
Clerk

Thirteenth Court of Appeals, Corpus Christi & Edinburg

## THE STATE OF TEXAS,

Appellant

v.

## SHIELA CASSIANO,

Appellee

## <u>CERTIFICATE OF COMPLIANCE FOR STATE'S BRIEF</u>

According to the word count of the computer program used to prepare the State's brief, it contains 1403 words.

Respectfully Submitted,

/s/ A. Cliff Gordon
A. Cliff Gordon
Tex. Bar #00793838
Asst. Dist. Atty., 105th Dist.
Nueces County Courthouse
901 Leopard St., Rm. 206
Corpus Christi, TX 78401
361.888.0410 phone
361.888.0399 fax
cliff.gordon@nuecesco.com